Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **PATRICK O'KEEFE,** ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number: **10-3149** |
| ) | |
| ) | |
| **HAROLD GIST and** ) | |
| **THE CITY OF GIRARD, ILLINOIS,** ) | |
| Defendants. ) | |

### JUDGMENT IN A CIVIL CASE

**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the Opinion entered by the Honorable Sue E. Myerscough on August 16, 2012 granting the Defendants' Motion to Dismiss and pursuant to Magistrate Judge Byron Cudmore's Report and Recommendation, the claims in Counts I and II are dismissed with prejudice and the claims in Count III are dismissed for lack of subject matter jurisdiction. Case CLOSED. ---------------------------------------------------------------

**Dated:**  August 21, 2012

                                                s/ Pamela E. Robinson
                                                Pamela E. Robinson
                                                Clerk, U.S. District Court